UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,                                    1: 18 Cr. 00703 (PAC)

                                                                        ORDER

                    -against-

PABLO CARRILLO-BERBER,

                    Defendant.

-----------------------------------------------------X


HONORABLE PAUL A. CROTTY, United States District Judge:

      Pursuant to the sentencing held today, the Court orders the defendant is sentenced

to TIME SERVED. The defendant is to be released forthwith to the custody of ICE for

deportation. See transcript and judgment for details.


Dated:  New York, New York
      June 11, 2020.


                                                    SO ORDERED

                                                    _____
                                                    PAUL A. CROTTY
                                                    United States District Judge